546

for respondents.

No. 475. McGoldrick, Comptroller of the City of New York, *v.* Berwind-White Coal Mining Co. December 4, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. William C. Chanler, Paxton Blair,* and *Jerome R. Hellerstein* for petitioner. *Messrs. John W. Davis, Montgomery B. Angell,* and *Marvin Lyons* for respondent.

No. 365. Leona Piatt Gray *v.* Union Joint Stock Land Bank;
No. 366. Carl H. Gray *v.* Same; and
No. 367. Piatt *v.* Same. See *ante,* p. 523.

No. 412. Morrison *v.* Federal Land Bank et al.; and
No. 413. Morrison, Executrix, *v.* Same. See *ante,* p. 524.

No. 235. Potter *v.* Union Central Life Insurance Co. See *ante,* p. 524.

No. 499. Federal Communications Commission *v.* Sanders Brothers Radio Station. December 11, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Solicitor General Jackson* and *Mr. William J. Dempsey* for petitioner. *Messrs. Louis G. Caldwell, Reed T. Rollo,* and *Percy H. Russell, Jr.* for respondent.